# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THERESA J. TARMOH | : | |
| Plaintiff | : | |
| v | : | Civil Action No. AW-06-2869 |
| REVEREND PETER POPOFF | : | |
| Defendant | : | |

o0o

## MEMORANDUM

The above-captioned breach of contract action was filed on November 1, 2006, along with a Motion to Proceed In Forma Pauperis. Because Plaintiff appears to be indigent, her motion will be granted.

Plaintiff alleges that Defendant made fraudulent representations inducing Plaintiff to contribute $5,000 to his church. Paper No. 1. Specifically, Plaintiff states that she was promised good fortune if she contributed money and used holy water sent to her by Defendant, but she did not experience good fortune. *Id*. She explains that she lost her job, her husband left her, her car was vandalized and she was stalked by an unknown person. *Id*. The address provided by Plaintiff as her residence is located in Silver Spring, Maryland. The address provided for Defendant is in Upland, California. There is no federal question at issue in the claims raised.

Under 28 U.S.C. § 1391(a), "a civil action wherein jurisdiction is founded only on diversity of citizenship may . . . be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant is subject to personal jurisdiction at the time the action is commenced, if there is no district in which the

action may otherwise be brought." It is clear that the proper venue for this case is in California and not in this Court.

For the convenience of the parties and in the interest of justice, this case shall be transferred to the United States District Court for the Central District of California, 255 E. Temple Street, Los Angeles, California 90012.


Date: November 20, 2006

_____/s/_____<br>
Alexander Williams, Jr.<br>
United States District Judge